IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

_____

ELEANOR O'SULLIVAN,
    Plaintiff,

    vs.

MYLAN, INC., MYLAN
PHARMACEUTICALS, INC.,
and MYLAN TECHNOLOGIES, INC.,
    Defendant(s).
_____/

2:09CV01475-JAM-GGH

    Plaintiff  filed a discovery motion on  07/12/2010   set for hearing on  **August 12, 2010 @ 10:00**  In accordance with the seven days specified by E.D. Cal. L.R. 251, the joint statement *shall be filed in no later than seven days before the scheduled hearing.*  Pursuant to E.D. Cal. L.R. 133(f), if the joint statement is more than 25 pages, or the attachments are longer than 50 pages, the copy shall be hand delivered or sent by overnight mail to chambers on the day following the day of electronic filing.  The filing deadline, accordingly, will be **August 5, 2010.**

    The dispute may be organized by category, with specific discovery items attached, if appropriate, as an exhibit.   For each disputed category or individual item, include: (1) the specific disputed discovery category or item; (2) the response; (3) the moving party's position; and (4) the opposition.  E.D.Cal. L.R. 37-251(c)(3).  Do not file separate briefing.  Id.

    Privilege objections must comply with Fed. R. Civ. P. 26(b)(5).  Except in extraordinary circumstances, the party claiming privilege may not submit a post-hearing privilege log.  The failure properly to support a privilege objection with a privilege log may be deemed to waive it.

    The moving party is responsible for filing the joint statement.  The opposing party nevertheless must timely draft and submit its portion.  Failure of either party to use best efforts to ensure timely filing will be cause for sanctions.

Dated: July 22, 2010                          /s/ Gregory G. Hollows
                                                                            GREGORY G. HOLLOWS
                                                                            U.S. Magistrate Judge

osullivan.251