1  KEVIN T. COLLINS - SBN 185427
   collinskt@gtlaw.com
2  M. THERESA TOLENTINO MEEHAN – SBN 204112
   meehant@gtlaw.com
3  THOMAS A. WOODS – SBN 2100050
   woodsto@gtlaw.com
4  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
5  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
6  Facsimile:  (916) 448-1709

7  CLEM C. TRISCHLER
   cct@pietragallo.com
8  *Admitted Pro Hac Vice*
   PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
9  One Oxford Centre, 38th Floor
   Pittsburgh, PA  15219
10 Telephone:  (412) 263-2000
   Facsimile:  (412) 263-2001
11
   Attorneys for Defendants
12 Mylan Inc.; Mylan Pharmaceuticals Inc.;
   Mylan Technologies Inc.
13
   ROBERT A. BUCCOLA – SBN 112880
14 JOHN W. JEFFERSON – SBN 156811
   jjefferson@dbbc.com
15 CRAIG C. SHEFFER – SBN 131243
   csheffer@dbbc.com
16 DREYER, BABICH, BUCCOLA, CALLHAM & WOOD, LLP
   20 Bicentennial Circle
17 Sacramento, CA 95826
   Telephone: (916) 379-3500
18 Facsimile:  (916) 379-3599

19 JAMES C. ORR, JR., Texas Bar No. 15313550
   jim@hop-law.com
20 CHARLES W. MILLER, Texas Bar No. 24007677
   charles@hop-law.com
21 MICHAEL E. HEYGOOD, Texas Bar No. 00784267
   michael@hop-law.com
22 ERIC D. PEARSON, Texas Bar No. 15690472
   eric@hop-law.com
23 *Admitted Pro Hac Vice*
   HEYGOOD, ORR AND PEARSON
24 2331 W. Northwest Highway, 2nd Floor
   Dallas, TX 75220
25 Telephone:  (214) 237-9001
   Facsimile:  (214) 237-9002
26
   Attorneys for Plaintiff
27 Eleanor O'Sullivan

28

*SAC 441,822,728 v4 121612.010200*                                    Case No. 2:09-cv-01475-JAM-GGH
STIPULATION AND [PROPOSED] ORDER AMENDING PRETRIAL SCHEDULING ORDER

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ELEANOR O'SULLIVAN, | CASE NO. 2:09-cv-01475-JAM-GGH |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER AMENDING STATUS (PRE-TRIAL SCHEDULING) ORDER TO EXTEND DISPOSITIVE MOTION BRIEFING DEADLINES |
| MYLAN, INC.; MYLAN PHARMACEUTICALS, INC.; and MYLAN TECHNOLOGIES, INC., | |
| Defendants. | Judge: Honorable John A. Mendez |

STIPULATION AND [PROPOSED] ORDER

WHEREAS on July 31, 2009, this Court issued its Status (Pre-trial Scheduling) Order requiring the Parties to file dispositive motions on or before September 30, 2010, and the last day to hear dispositive motions on December 8, 2010;

WHEREAS the parties have complied with the Court's Order with respect to the disclosure of expert witnesses and Joint Mid-Litigation Statement;

WHEREAS Plaintiff Eleanor O'Sullivan and Defendants Mylan Inc., Mylan Pharmaceuticals Inc., and Mylan Technologies Inc. (collectively the "Parties") have actively been involved in completing discovery including written discovery, document production of over 800,000 documents, and depositions; but, due to the complex nature of this case, scheduling conflicts with non-party deponents, several witnesses being unavailable, and counsel for the Parties being required to travel from the east coast and mid-west to take certain non-party and party depositions in different parts of the country, and the trial schedule of counsel, were unable to complete all depositions prior to the current discovery deadline of August 31, 2010, and will be unable to meet the dispositive motions deadline of September 30, 2010.  The parties have been working diligently to schedule and take all necessary depositions, both non-expert and expert.

WHEREAS to date, the Parties have noticed and subpoenaed twelve (12) witnesses for depositions and need to subpoena and depose and approximately six to eight (6-8) additional witnesses, and

WHEREAS the Parties agree that completion of the above-referenced outstanding discovery must be completed prior to preparing and submitting a dispositive motion in this matter; and,

WHEREAS good cause exists for, and none of the parties to this matter shall be prejudiced by, an extension to the dispositive motion briefing deadlines in order to first complete the outstanding expert and non-expert discovery described above;

1    THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, HEREBY STIPULATE, pursuant to Fed. R. Civ. P. 16(b)(4), and request that the Court amend its July 31, 2009 Status (Pre-trial Scheduling) Order to extend the last day to file dispositive motions to November 3, 2010, to file an opposition to any dispositive motion to November 24, 2010, and a reply to any opposition to a dispositive motion to December 1, 2010.

THE PARTIES FURTHER AGREE that no extension is required for the hearing on the dispositive motions which is currently set for December 8, 2010 at 9:00 a.m.;

THE PARTIES FURTHER AGREE that no new discovery may be commenced as a result of this stipulation and agreement to extend the briefing deadlines for the dispositive motions; and no other amendments to the July 31 Status (Pre-trial Scheduling) Order are required.

Dated:  September 28, 2010

CLEM C. TRISCHLER
*Admitted Pro Hac Vice*
PIETRAGALLO GORDON ALFANO
    BOSICK & RASPANTI, LLP
KEVIN T. COLLINS
M. THERESA TOLENTINO MEEHAN
THOMAS A. WOODS
GREENBERG TRAURIG, LLP


By: /s/ Clem C. Trischler
    Attorneys for Defendants
    Mylan Inc.; Mylan Pharmaceuticals
    Inc.; and Mylan Technologies Inc.

Dated:  September 20, 2010

JAMES C. ORR, JR.
CHARLES W. MILLER
MICHAEL E. HEYGOOD
*Admitted Pro Hac Vice*
HEYGOOD ORR & PEARSON
CRAIG C. SHEFFER
DREYER, BABICH, BUCCOLA,
    CALLAHAM & WOOD, LLP


By: /s/ Charles W. Miller
    Attorneys for Plaintiff
    Eleanor O'Sullivan

## ORDER

As it appears the Parties have stipulated to an extension of the dispositive motion briefing deadlines, and as the Court finds good cause to amend its July 31, 2009 Status (Pre-trial Scheduling) Order to adopt the proposed extension on the briefing deadlines to permit the completion of outstanding non-expert discovery, the Status (Pre-trial Scheduling) Order on file in this matter shall be amended as follows:

- Last day to file a dispositive motion - November 3, 2010;
- Last day to oppose a dispositive motion – November 24, 2010, by 4:00 p.m.; and,
- Last day to reply to an opposition to a dispositive motion – December 1, 2010, by 4:00 p.m.

All other dates listed in the July 31, 2009 Status (Pre-trial Scheduling) Order shall remain unchanged including, but not limited to, the hearing date for dispositive motions which is currently set for December 8, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Date: September 28, 2010

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge